**WEILAND GOLDEN GOODRICH LLP**
Reem J. Bello, State Bar No. 198840
rbello@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile     714-966-1002

Attorneys for Chapter 7 Trustee
Jeffrey I. Golden

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:18-bk-13588-SC |
| TIM M. McKENNA, | Chapter 7 |
| Debtor. | |
| JEFFREY I. GOLDEN, Chapter 7 Trustee for the estate of Tim M. McKenna, | Adv. No. 8:19-ap-01176-SC |
| Plaintiff, | **STIPULATION TO AMEND SCHEDULING ORDER AND EXTEND DISCOVERY DEADLINES** |
| v. | |
| JASON CAUFIELD, individually and as trustee of the Caufield Revocable Trust, | |
| Defendant. | |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; AND ALL PARTIES ENTITLED TO NOTICE:**

This stipulation ("Stipulation") is entered into by and between Jeffrey I. Golden, the duly appointed and acting chapter 7 trustee ("Trustee") of the bankruptcy estate ("Estate") of Tim M. McKenna ("Debtor"), Robert S. Whitmore, in his capacity as the chapter 7 trustee ("MGE Trustee") of the bankruptcy estate of McKenna General Engineering, Inc.

1248383.1                                                                                                               STIPULATION

("MGE"), Howard B. Grobstein, in his capacity as the chapter 7 trustee ("Irontrac Trustee") of the bankruptcy estate of Irontrac, Inc. ("Irontrac"), and Jason Caufield ("Defendant", and collectively with the Trustee, MGE Trustee, and Irontrac Trustee, the "Parties"), by and through their respective counsel. The Parties stipulate and agree as follows:

**RECITALS**

A. On September 27, 2018, Debtor filed a voluntary chapter 7 bankruptcy petition, commencing Case No. 8:18-bk-13588-SC.

B. On September 21, 2018, MGE filed a voluntary chapter 7 bankruptcy petition, commencing Case No. 6:18-bk-18036-SY. Debtor was the principal of MGE.

C. On September 25, 2018, Irontrac filed a voluntary chapter 7 bankruptcy petition, commencing Case No. 6:18-bk-18109-SY. Debtor was the president and principal shareholder of Irontrac.

D. On August 29, 2019, the Trustee filed a complaint ("Complaint") against Defendant for the avoidance, preservation, and recovery of fraudulent transfers pursuant to 11 U.S.C. §§ 548, 550, and 551.

E. The Trustee filed a Status Conference and Scheduling Order Pursuant to LBR 7016-1(a)(4) ("Scheduling Order") on December 6, 2019.

F. The transfers described in the Complaint include the transfer of assets that were property of MGE and Irontrac, respectively, at the time of transfer, and therefore the claims resulting from the transfer of such property are assets of each respective bankruptcy estate. As a result, Trustee will file an amended complaint specifying the ownership interests of each of the assets involved in the transfers.

G. The Parties have agreed to modify the Scheduling Order.

**STIPULATION**

NOW, THEREFORE, based upon the foregoing recitals, and subject to Court approval, the Parties hereby stipulate and agree as follows:

1. The Trustee may file an amended complaint on or before January 9, 2020.

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

2. The MGE Trustee and Irontrac Trustee may file cross-claims related to the Complaint or amended complaint on or before January 30, 2020.

3. Defendant may file an answer to the amended complaint and cross-claims on or before March 3, 2020.

4. The status conference, currently set for May 27, 2020 at 10:00 a.m. will be continued to August 5, 2020, at 11:00 a.m.

5. A pre-trial conference, currently set for May 27, 2020 at 10:00 a.m. will be continued to August 5, 2020, at 11:00 a.m.

6. The last day for pre-trial motions to be filed and served is continued to July 7, 2020.

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

7. The last day for discovery to be completed is continued to June 9, 2020.

DATED: January 9, 2020　　　　　　　　WEILAND GOLDEN GOODRICH LLP

By: /s/ *Reem J. Bello*
　　REEM J. BELLO
　　RYAN W. BEALL
　　Attorneys for Chapter 7 Trustee
　　JEFFREY I. GOLDEN

DATED: January___, 2020　　　　　　　MARSHACK HAYS LLP

By:_____
　　D. EDWARD HAYS
　　CHAD V. HAES
　　TINHO MANG
　　Attorneys for Chapter 7 Trustee of the
　　Bankruptcy Estate of McKenna
　　General Engineering, Inc.,
　　ROBERT S. WHITMORE

DATED: January__, 2020　　　　　　　MARGULIES FAITH, LLP

By:_____
　　JEREMY W. FAITH
　　MEGHANN A. TRIPLETT
　　Attorneys for Chapter 7 Trustee of the
　　Bankruptcy Estate of Irontrac, Inc.,
　　HOWARD B. GROBSTEIN

DATED: January___, 2020　　　　　　　BROWN AND BROWN LLP

By:_____
　　TYLER H. BROWN
　　Attorneys for Defendant,
　　JASON CAUFIELD

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000　Fax 714-966-1002

7. The last day for discovery to be completed is continued to June 9, 2020.

DATED: January___, 2020

WEILAND GOLDEN GOODRICH LLP

By:_____
REEM J. BELLO
RYAN W. BEALL
Attorneys for Chapter 7 Trustee
JEFFREY I. GOLDEN

DATED: January 2, 2020

MARSHACK HAYS LLP

By:_____
D. EDWARD HAYS
CHAD V. HAES
TINHO MANG
Attorneys for Chapter 7 Trustee of the Bankruptcy Estate of McKenna General Engineering, Inc., ROBERT S. WHITMORE

DATED: January___, 2020

MARGULIES FAITH, LLP

By:_____
JEREMY W. FAITH
MEGHANN A. TRIPLETT
Attorneys for Chapter 7 Trustee of the Bankruptcy Estate of Irontrac, Inc., HOWARD B. GROBSTEIN

DATED: January /, 2020

BROWN AND BROWN LLP

By:_____
TYLER H. BROWN
Attorneys for Defendant,
JASON CAUFIELD

1248383.1                                                              4                                                              STIPULATION

7. The last day for discovery to be completed is continued to June 9, 2020.

DATED: January__, 2020                    WEILAND GOLDEN GOODRICH LLP

By:_____
    REEM J. BELLO
    RYAN W. BEALL
    Attorneys for Chapter 7 Trustee
    JEFFREY I. GOLDEN

DATED: January___, 2020                   MARSHACK HAYS LLP

By:_____
    D. EDWARD HAYS
    CHAD V. HAES
    TINHO MANG
    Attorneys for Chapter 7 Trustee of the
    Bankruptcy Estate of McKenna
    General Engineering, Inc.,
    ROBERT S. WHITMORE

DATED: January 6, 2020                    MARGULIES FAITH, LLP

By: /s/ Jeremy W. Faith
    JEREMY W. FAITH
    MEGHANN A. TRIPLETT
    Attorneys for Chapter 7 Trustee of the
    Bankruptcy Estate of Irontrac, Inc.,
    HOWARD B. GROBSTEIN

DATED: January___, 2020                   BROWN AND BROWN LLP

By:_____
    TYLER H. BROWN
    Attorneys for Defendant,
    JASON CAUFIELD

1248383.1                                 4                              STIPULATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**650 Town Center Drive, Suite 600
Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): Stipulation to Amend Scheduling Order and Extend Discovery Deadlines
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 9, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 9, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 9, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Served by Personal Delivery**
Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/9/2020 | Victoria Rosales | *victoria* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Ryan W Beall     rbeall@lwgfllp.com, vrosales@wgllp.com;kadele@wgllp.com
Reem J Bello     rbello@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com
Tyler H Brown     tylerbrown@brownandbrownllp.com, admin@brownandbrownllp.com
Jeffrey I Golden (TR)     lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com
Tinho Mang     tmang@marshackhays.com, 8444806420@filings.docketbird.com
Michelle J Nelson     mjslaw@hotmail.com
Meghann A Triplett     Meghann@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**